Rogers *v.* State.

No. 41764          February 6, 1961          126 So. 2d 512

*Philip Singley, Roy J. Goss,* Columbia, for appellant.

136

*G. Garland Lyell, Jr.,* Asst. Atty. Gen., Jackson, for appellee.

GILLESPIE, J.

This case is controlled by the decision this day rendered in No. 41,763, Desolee Thornhill v. State of Mississippi.

Appeal dismissed.

*McGehee, C.J.,* and *Kyle, Ethridge* and *McElroy, JJ.,* concur.